UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 29, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,           )
                                    )        Case No. 2:06-cr-88 MCE
          Plaintiff,                )
v.                                  )        ORDER FOR RELEASE OF
                                    )        PERSON IN CUSTODY
Vaughn Johnson,                     )
                                    )
_____)
          Defendant.

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Vaughn Johnson Case No. 2:06-cr-88 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     X    $50,000 Unsecured Appearance Bond to be co-signed with defendant's wife, to be replaced with $50,000 appearance bond secured by Real Property within 2 weeks

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     X    (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/29/06 at 2:20 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge