DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VAUGHN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 06-088-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | TIME TO POST PROPERTY BOND |
| ) | |
| VAUGHN JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

On March 29, 2006, this Court ordered Mr. Vaughn released on a signature bond, with a property bond to be posted in two weeks. The defense needs additional time to obtain an updated title report and appraisal to satisfy the government's requirements. The prosecutor in this case will be out of the office next week. Accordingly, the parties agree that the deadline for posting the property bond may be extended one additional week, to April 19, 2006. Defense counsel
//

has contacted the pretrial services officer to notify her of this requested extension.

Dated:  April 7, 2006

Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

DANIEL J. BRODERICK  
Acting Federal Defender

 /s/ Samuel Wong  
SAMUEL WONG  
Assistant U.S. Attorney  
Attorney for United States

 /s/ Rachelle Barbour  
RACHELLE BARBOUR  
Assistant Federal Defender  
Attorneys for VAUGHN JOHNSON

**O R D E R**

**IT IS SO ORDERED.**

Dated:  April 12, 2006.

_____  
UNITED STATES MAGISTRATE JUDGE

Stip/Order re: Property Bond                    2