1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  No. 2:06-cr-0088-MCE
                                    )
12              Plaintiff,          )  STIPULATION CONTINUING STATUS
                                    )  CONFERENCE AND EXCLUDING TIME;
13      v.                          )  ~~PROPOSED~~ ORDER
                                    )
14  VAUGHN JOHNSON,                 )
                                    )  Date:   May 16, 2006
15              Defendant.          )  Time:   8:30 a.m.
                                    )  Judge:  Hon. Morrison C. England Jr.
16  _____ )

17       For the reasons set forth in the stipulation of the parties, filed
18  on April 7, 2006, IT IS HEREBY ORDERED that the status conference
19  currently scheduled for April 10, 2006, be continued until Tuesday, May
20  16, 2006 at 8:30 a.m.  The Court finds that the ends of justice to be
21  served by granting a continuance outweigh the best interests of the
22  public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY
23  ORDERED that, for the reasons stated in the parties' stipulation, the
24  time under the Speedy Trial Act is excluded from April 7, 2006, through
25  ///
26  ///
27  ///
28  ///

1

May 16, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE