1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  VAUGHN JOHNSON

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  No. 2:06-cr-0088-MCE
                                  )
13               Plaintiff,       )  STIPULATION CONTINUING STATUS
                                  )  CONFERENCE AND EXCLUDING TIME;
14      v.                        )  ~~PROPOSED~~ ORDER
                                  )
15 VAUGHN JOHNSON,                )
                                  )  Date:  August 22, 2006
16               Defendant.       )  Time:  8:30 a.m.
                                  )  Judge: Hon. Morrison C. England Jr.
17 _____ )

18

19      The parties, through their respective counsel, hereby stipulate

20 and agree to the following briefing schedule for the filing of pretrial

21 motions:

22      Defendant's Motions   June 20, 2006

23      Government's Reponse   July 18, 2006

24      Defendant's Reply     August 1, 2006

25      Non-Evidentiary Hearing  August 22, 2006

26 The parties agree that the Court may determine a time for the

27 evidentiary hearing when the parties appear for the non-evidentiary

28 hearing.  In addition, the parties stipulate that the time period from

                                    1

1   the filing of this stipulation to August 22, 2006, be excluded under

2   the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and (h)(1)(F) and

3   Local Codes T4 and E), due to the need to provide defense counsel with

4   reasonable time to prepare and the filing and pendency of pretrial

5   motions.

6        The parties further stipulate and request that the Court vacate

7   the presently set May 16, 2006, status conference in light of the

8   agreed upon motions briefing schedule.

9

10  DATED: May 12, 2006                  Respectfully submitted,

11

12  McGREGOR W. SCOTT                    DANIEL BRODERICK

13  United States Attorney               Acting Federal Defender

14

15

16

17  /s/ Samuel Wong                       /s/ Rachelle Barbour

18  SAMUEL WONG                          RACHELLE BARBOUR

19  Assistant U.S. Attorney              Assistant Federal Defender

20  Attorney for United States           Attorney for Vaughn Johnson

21

22

23

24

25

26

27

28

1                    IN THE UNITED STATES DISTRICT COURT

2                   FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4

5   UNITED STATES OF AMERICA,        )  No. 2:06-cr-0088-MCE
                                      )
6                 Plaintiff,          )  STIPULATION CONTINUING STATUS
                                      )  CONFERENCE AND EXCLUDING TIME;
7        v.                           )  ~~PROPOSED~~ ORDER
                                      )
8   VAUGHN JOHNSON,                   )
                                      )  Date:   August 22, 2006
9                 Defendant.          )  Time:   8:30 a.m.
                                      )  Judge:  Hon. Morrison C. England Jr.
10  _____  )

11

12       For the reasons set forth in the stipulation of the parties, filed

13  on May 12, 2006, IT IS HEREBY ORDERED that the status conference

14  currently scheduled for May 16, 2006 be continued and that a briefing

15  schedule be set as stated in the attached stipulation, with a non-

16  evidentiary hearing date of August 22, 2006.  The Court finds that the

17  ends of justice to be served by granting a continuance outweigh the

18  best interests of the public and the defendant in a speedy trial.  The

19  Court also finds that time should be excluded from the filing of the

20  motion until its prompt disposition.  Accordingly, IT IS HEREBY ORDERED

21  that, for the reasons stated in the parties' stipulation, the time

22  under the Speedy Trial Act is excluded from May 12, 2006 through August

23  22, 2006, pursuant to 18 U.S.C.

24  //

25  //

26  //

27  //

28  //

                                    1

1   §3161(h)(8)(B)(iv) and (h)(1)(F) and Local Codes T4 and E, due to the

2   need to provide defense counsel with the reasonable time to prepare and

3   the filing and pendency of motions.

4

5   Dated: May 19, 2006

6

7

8   _____
    MORRISON C. ENGLAND, JR

9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28