DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
VAUGHN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.2:06-cr-0088-MCE |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION CONTINUING |
| ) | MOTIONS DATES AND HEARING DATE |
| v. ) | AND EXCLUDING TIME; ORDER |
| ) | |
| VAUGHN JOHNSON, ) | |
| ) | Date:  October 10, 2006 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. Morrison C. England Jr. |
| _____ ) | |

The parties, through their respective counsel, hereby stipulate and request that the current briefing schedule for defendant's motion to suppress be continued to the following dates:

    Defendant's Motion       August 8, 2006

    Government's Response   September 12, 2006

    Defendant's Reply        September 26, 2006

    Non-Evidentiary Hearing  October 10, 2006

The parties specifically request that the current non-evidentiary hearing date of August 22, 2006 be vacated and that a non-evidentiary hearing be set on October 10, 2006.

1

The parties further agree that the Court may determine a time for the evidentiary hearing when the parties appear for the non-evidentiary hearing.  In addition, the parties stipulate that the time period from the filing of defendant's Notice of Motion on June 20, 2006 though October 10, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and (h)(1)(F) and Local Codes T4 and E), due to the need to provide defense counsel with reasonable time to prepare and the filing and pendency of pretrial motions.

DATED: June 26, 2006                     Respectfully submitted,

McGREGOR W. SCOTT                        DANIEL BRODERICK
United States Attorney                   Federal Defender


/s/ Samuel Wong                           /s/ Rachelle Barbour
SAMUEL WONG                              RACHELLE BARBOUR
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States               Attorney for Vaughn Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-088-MCE |
| | ) |
| Plaintiff, | ) AMENDED STIPULATION CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| v. | ) TIME; ORDER |
| | ) |
| VAUGHN JOHNSON, | ) |
| | ) Date:  October 10, 2006 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. Morrison C. England Jr. |
| _____ | ) |

For the reasons set forth in the stipulation of the parties, filed on June 26, 2006, IT IS HEREBY ORDERED that the non-evidentiary hearing date currently scheduled for August 22, 2006 be continued and that the briefing schedule be continued as stated in the attached stipulation, with a non-evidentiary hearing date of October 10, 2006 at 08:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time should be excluded from the filing of defendant's Notice of Motion until its prompt disposition.

///
///
///
///
///
///

1

1  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the
2  parties' stipulation, the time under the Speedy Trial Act is excluded
3  from June 20, 2006 through October 10, 2006, pursuant to 18 U.S.C. §
4  3161(h)(8)(B)(iv) and (h)(1)(F) and Local Codes T4 and E, due to the
5  need to provide defense counsel with the reasonable time to prepare and
6  the filing and pendency of motions.
7  Dated: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE