```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
VAUGHN JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-088-MCE |
| Plaintiff, ) | STIPULATION CONTINUING MOTIONS DATES AND HEARING DATE AND EXCLUDING TIME; ORDER |
| v. ) | |
| VAUGHN JOHNSON, ) | Date:  October 24, 2006 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. Morrison C. England Jr. |

The parties, through their respective counsel, hereby stipulate and request that the current briefing schedule for defendant's motion to suppress be continued to the following dates:

    Defendant's Motion          August 22, 2006

    Government's Response     September 26, 2006

    Defendant's Reply           October 10, 2006

    Non-Evidentiary Hearing   October 24, 2006

The parties specifically request that the current non-evidentiary hearing date of October 10, 2006 be continued.  The parties further

1

1 agree that the Court may determine a time for the evidentiary hearing
2 when the parties appear for the non-evidentiary hearing.
3    In addition, the parties stipulate that the time period from the
4 filing of defendant's Notice of Motion on June 20, 2006 though October
5 24, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
6 §3161(h)(8)(B)(iv) and (h)(1)(F) and Local Codes T4 and E), due to the
7 need to provide defense counsel with reasonable time to prepare and the
8 filing and pendency of pretrial motions.

DATED: August 2, 2006                    Respectfully submitted,

McGREGOR W. SCOTT                        DANIEL BRODERICK
United States Attorney                   Federal Defender


/s/ Samuel Wong                          /s/ Rachelle Barbour
SAMUEL WONG                              RACHELLE BARBOUR
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States               Attorney for Vaughn Johnson

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2