```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  VAUGHN JOHNSON
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,    ) No. CR-S-06-088-MCE
                                )
13            Plaintiff,        ) STIPULATION CONTINUING MOTIONS
                                ) DATES AND HEARING DATE AND
14     v.                       ) EXCLUDING TIME; PROPOSED ORDER
                                )
15 VAUGHN JOHNSON,              )
                                ) Date:  November 28, 2006
16            Defendant.        ) Time:  8:30 a.m.
                                ) Judge: Hon. Morrison C. England Jr.
17 _____)
18
```

19     The parties, through their respective counsel, hereby stipulate
20 and request that the current briefing schedule for defendant's motion
21 to suppress be continued to the following dates:
22     Defendant's Motion     September 26, 2006
23     Government's Response  October 31, 2006
24     Defendant's Reply      November 14, 2006
25     Non-Evidentiary Hearing  November 28, 2006
26 The parties specifically request that the current non-evidentiary
27 hearing date of October 24, 2006 be continued.  The parties further
28
                                   1

agree that the Court may determine a time for the evidentiary hearing when the parties appear for the non-evidentiary hearing.

In addition, the parties stipulate that the time period from the filing of defendant's Notice of Motion filed on June 20, 2006 though November 28, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and (h)(1)(F) and Local Codes T4 and E), due to the need to provide defense counsel with reasonable time to prepare and the filing and pendency of pretrial motions.

DATED: August 22, 2006                    Respectfully submitted,

McGREGOR W. SCOTT                         DANIEL BRODERICK
United States Attorney                    Federal Defender


/s/ Samuel Wong                           /s/ Rachelle Barbour
SAMUEL WONG                               RACHELLE BARBOUR
Assistant U.S. Attorney                   Assistant Federal Defender
Attorney for United States                Attorney for Vaughn Johnson

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stip. To Continue Hearing          2