```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VAUGHN JAVEL JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. :06-cr-00088-MCE |
|---|---|
| Plaintiff, | ) **MOTION TO EXONERATE BOND;** |
| v. | ) **ORDER** |
| VAUGHN JAVEL JOHNSON, | ) (No hearing requested) |
| Defendant. | ) Judge: Hon. Morrison C. England |

On April 28, 2006, the court received a Deed of Trust posted by Kristi L. Spivey for 8226 Prior Way, Antelope, CA 95843 for bond of the above defendant in the amount of $50,000. On October 9, 2007 the defendant pled guilty. He was sentenced on January 9, 2007 to twelve months and one day in the custody of the Bureau of Prisons.

On February 20, 2007, Mr. Johnson self-surrendered to MDC Los Angeles and is now in the custody of the Bureau of Prisons. Because he is now in custody, he asks that the bond securing his release be exonerated and that the real property securing the bond be immediately reconveyed.

///

1 A proposed order follows for the Court's convenience.

2 Dated: February 23, 2007

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
Federal Defender

5

6                                         /s/ R. Barbour

7                                         _____
RACHELLE BARBOUR
Assistant Federal Defender

8                                         Attorney for VAUGHN JAVEL JOHNSON

9

10                             **O R D E R**

11 The property bond posted by Ms. Spivey on behalf of Mr. Johnson in

12 the United States District Court for the Eastern District of California

13 is hereby ordered EXONERATED and the Clerk of the Court is ordered to

14 execute and file a reconveyance of the deed of trust used to secure the

15 bond.

16 Dated: February 27, 2007

17

18                                         _____

19                                         MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE